IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

USMAN MOHAMMAD,

    Petitioner,

v.                                    CASE NO. 4:13cv274-RH/CAS

CHARLES W. CREEL et al.,

    Respondents.

_____/

## ORDER DISMISSING THE PETITION

This case is before the court on the magistrate judge's report and recommendation, ECF No. 20. No objections have been filed.

The report and recommendation concludes that the petition should be dismissed on two grounds, both of which implicate the court's jurisdiction. The first ground is that the case is moot. The second is that the controlling statute withholds jurisdiction. I conclude the case is moot and adopt the report and recommendation as the court's opinion on that issue. I need not and do not reach the issue of statutory jurisdiction.

Accordingly ,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "The petition is dismissed as moot." The clerk must close the file.

SO ORDERED on January 17, 2014.

s/Robert L. Hinkle
United States District Judge